IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES HOPKINS**                                                                  **PLAINTIFF**
**#266215**

v.                      Case No. 4:23-cv-01183-JM-PSH

**TURN KEY MEDICAL SERVICES,** *et al.*                      **DEFENDANTS**

## ORDER

Plaintiff James Hopkins filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 13, 2023, while incarcerated at the Pulaski County Detention Facility (Doc. No. 2). On December 14, 2023, U.S. Magistrate Judge Patricia S. Harris entered an order directing Hopkins to file an amended complaint within 30 days to clarify his claims. *See* Doc. No. 3. Hopkins was cautioned that failure to comply with the Court's order within that time may result in the dismissal of his case. *Id.*

Because Hopkins has not timely filed an amended complaint in accordance with Judge Harris's order, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Hopkins's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of January, 2024..

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE