**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES HOPKINS**                                                                                              **PLAINTIFF**
**#266215**

**v.**                                              **Case No. 4:23-cv-01183-JM-PSH**

**TURN KEY MEDICAL SERVICES,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.

DATED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE